UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYRESE MARTEZ JONES,

    Defendant.
_____/

Case: 2:23-cr-20275
Assigned To : Lawson, David M.
Referral Judge: Patti, Anthony P.
Assign. Date : 5/10/2023
Description: INDI USA V. JONES (KB)

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
Felon in Possession of a Firearm
18 U.S.C. § 922(g)(1)

D-1   TYRESE MARTEZ JONES,

On or about April 28, 2023, in the Eastern District of Michigan, TYRESE MARTEZ JONES, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Colt MKIV Mustang .380 caliber firearm, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
Criminal Forfeiture

1. The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 924 and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. As a result of the foregoing violation of Title 18, United States Code, Sections 922, as charged in Count One of this Indictment, TYRESE MARTEZ JONES, shall, upon conviction, forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28 United States Code, Section 2461(c), any firearm, ammunition, or body armor involved in said offense.

THIS IS A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/ Craig F. Wininger
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

s/ Terrence R. Haugabook
TERRENCE R. HAUGABOOK
Assistant United States Attorney

Dated: May 9, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: TRH |

Case Title: USA v. Tyrese Martez Jones

County where offense occurred: Wayne

Offense Type: Felony

Indictment -- prior complaint **[Case No. 23-mj-30178]**

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

May 10, 2023
Date

TERRENCE R. HAUGABOOK
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Terrence.Haugabook@usdoj.gov
(313) 226-9157
Bar #: P44554

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.